FILED

10/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0634

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0634
_____

MONTANANS FOR ELECTION REFORM
ACTION FUND, ROB COOK, FRANK
GARNER, BRUCE TUTVEDT, DOUG
CAMPBELL, TED KRONEBUSCH, and BRUCE
GRUBBS,

        Petitioners,

    v.

AUSTIN KNUDSEN, in his official capacity as
MONTANA ATTORNEY GENERAL; and
CHRISTIE JACOBSEN, in her official capacity as
MONTANA SECRETARY OF STATE,

        Respondents.
_____

O R D E R

Petitioners Montanans for Election Reform Action Fund, et al., seek declaratory judgment on original jurisdiction under M. R. App. P. 14(4). Petitioners argue they are entitled to declaratory judgment that declares: (1) the Attorney General's determination that Ballot Issue 12 is legal insufficient is incorrect; and (2) the Attorney General shall prepare a ballot statement pursuant to § 13-27-226, MCA, and forward the statement to the Montana Secretary of State within five days of this Court's decision.

Having reviewed the Petition, this Court deems it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that Respondents are granted until the close of business on Monday, November 6, 2023, to prepare, file, and serve a response(s) to the petition for declaratory judgment on original jurisdiction.

The Clerk is directed to provide notice of this Order to counsel for all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 27 2023